IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 2:24cr57

TROY EDWIN LEITNER,
        Defendant.

### ORDER

This matter comes before the Court on its own initiative. One June 17, 2024, the Court held a pretrial conference call with the parties. On the call, defense counsel indicated that he planned to file a motion for a competency evaluation of the defendant pursuant to 18 U.S.C. § 4241 and to set the trial date beyond the Speedy Trial deadline. The parties also indicated that they planned to file a motion for the production of records related to the defendant's previous state-court prosecutions. Accordingly, the Court DIRECTS the parties to file those motions by June 24, 2024.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 17 June 2024
Richmond, VA